# United States District Court

**SOUTHERN DISTRICT OF CALIFORNIA**

PHL VARIABLE INSURANCE CO.,
                Plaintiff,

**V.**

KENNETH GREEN FAMILY INSURANCE TRUST, by and through its trustee, VINCENT M. GIORDANO,
                Defendant.

**JUDGMENT IN A CIVIL CASE**

**CASE NUMBER:** 09CV2606-BTM-POR

[ ] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[x] **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that Plaintiff's claims against Defendant are dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

| | |
|---|---|
| October 24, 2011 | W. Samuel Hamrick, Jr. |
| Date | Clerk |
| | s/ E Silvas |
| | (By) Deputy Clerk |
| | ENTERED ON October 24, 2011 |