# United States District Court

### SOUTHERN DISTRICT OF CALIFORNIA

PHL VARIABLE INSURANCE CO.,
                    Plaintiff,

V.

KENNETH GREEN FAMILY INSURANCE TRUST, by and through its trustee, VINCENT M. GIORDANO,
                    Defendant.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER:   09CV2606-BTM-POR

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[x] **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that Plaintiff's claims against Defendant are dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

October 24, 2011
Date

W. Samuel Hamrick, Jr.
Clerk

s/ E Silvas
(By) Deputy Clerk

ENTERED ON October 24, 2011

09CV2606-BTM-POR